IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JEREMY GREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-02112-JPM |
| v. ) | |
| ) | |
| AUSTIN PEAY HIGHWAY CENTER, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Parties' Stipulation of Dismissal, filed on November 29, 2022 (ECF No. 29), and the Court having entered an Order of Dismissal (ECF No. 30),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is hereby DISMISSED WITH PREJUDICE.

**APPROVED:**

 /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

 November 30th, 2022
Date